IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDERT ALLEN LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv485-WHA |
| ) | |
| MONTGOMERY COUNTY COMMISSION,) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #6), entered on July 29, 2013, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Montgomery County Commission are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

2. The Montgomery County Commission is DISMISSED as a Defendant to this action.

3. With respect to Plaintiff's claims against the remaining Defendants, the case is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 20th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE