IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDERT ALLEN LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13-CV-485-WHA |
| ) | [WO] |
| DERRICK CUNNINGHAM, SHERIFF, ) | |
| MONTGOMERY COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on defendant's objections to the undersigned's report and recommendation and attached evidentiary submissions. (Docs. 35-36). In light of defendant's objections and evidentiary submissions, which this court construes as supplemental out-of-time responses to the special report (Doc. 21), it is hereby

ORDERED that the report and recommendation (Doc. 32) is VACATED. It is further

ORDERED that defendants shall file a response to Docs. 35-36 not later than Monday, October 17, 2016.

DONE, on this the 3rd day of October, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge