IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDERT ALLEN LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   2:13CV485-WHA |
| ) | |
| DERRICK CUNNINGHAM, WANDA ) | (WO) |
| ROBINSON, AND DARRYL BAILEY, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge and overruling the Plaintiff's objection, Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.  No costs are taxed.

DONE this 30th  day of March, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE